UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMP MANUFACTURING, LLC/HJN HOLDINGS, LLC

vs.

Civil Action No.: 2:20-cv-20660

SELECTIVE INSURANCE COMPANY of the SOUTHEAST

**STIPULATION OF DISMISSAL**

THIS MATTER having been amicably resolved as to all claims between the Parties, including, but not limited to, all claims asserted in Plaintiffs' Complaint; and all claims asserted in Defendant's Counterclaim:

It is STIPULATED and AGREED that this action be DISMISSED WITH PREJUDICE, without costs or counsel fees which are to be to be bourne by the respective parties.

WHEELER, DiULIO & BARNABEI P.C.

By: _____

JONATHAN WHEELER

Counsel for Plaintiffs

McELROY DEUTSCH

By: _____

KEVIN MacGILLIVRAY

Counsel for Defendant