UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AMP MANUFACTURING, LLC/HJN
HOLDINGS, LLC

vs.                                    Civil Action No.: 2:20-cv-20660

SELECTIVE INSURANCE COMPANY of
the SOUTHEAST

## STIPULATION OF DISMISSAL

THIS MATTER having been amicably resolved as to all claims between the Parties,

including, but not limited to, all claims asserted in Plaintiffs' Complaint; and all claims asserted

in Defendant's Counterclaim:

It is STIPULATED and AGREED that this action be DISMISSED WITH PREJUDICE,

without costs or counsel fees which are to be to be bourne by the respective parties.

WHEELER, DiULIO & BARNABEI P.C.

By: _____

JONATHAN WHEELER

Counsel for Plaintiffs

McELROY DEUTSCH

By: _____

KEVIN MacGILLIVRAY

Counsel for Defendant

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/25/2022